UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 4:18-cr-203 |
| v. | ) | |
| | ) | |
| JARVIS GILES | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, without prejudice, defendant **JARVIS GILES**, from the indictment herein, said dismissal being in the interests of justice. The defense joins in this motion.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*s/Brian T. Rafferty*
Chief, Criminal Division
Assistant United States Attorney

*s/Frank M. Pennington, II*
Frank M. Pennington, II
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal, without prejudice, from Indictment No. CR 418-203.

So ORDERED, this 19th day of November, 2018.

_____
HON. WILLIAM T. MOORE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA